```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

         NOV 1 8 2025

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL CHAVEZ-ONTIVEROS,<br><br>LOURDES CHAVEZ-ONTIVEROS,<br><br>JEANNTTE SANCHEZ-ANGUIANO,<br><br>JULLY ANDREA MANTILLA-JAIMES, and<br><br>KARLA FERNANDEZ ALCARAZ-SANTOS,<br><br>Defendants. | Case No.: 2:25-cr-00336-RFB-BNW<br><br>**SEALING ORDER** |

Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant

///

///

in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: November 18, 2025

_____
UNITED STATES MAGISTRATE JUDGE